**Order entered March 8, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01115-CV

### MINGTEL INC. D/B/A AZPEN INNOVVATION, Appellant

### V.

### COMERICA BANK, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-11481**

## ORDER

Before the Court is court reporter Antionette Reagor's March 4, 2021 request for an extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** the record be filed no later than April 5, 2021.

/s/     CRAIG SMITH
         JUSTICE